No. 858. PORESKY *v.* RYAN, REGISTRAR OF MOTOR VEHICLES. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Joseph Poresky, pro se.* No appearance for respondent.

No. 865. COSSACK *v.* UNITED STATES. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Loeb L. Cossack, pro se.* No appearance for the United States.

No. 752. OELBERMANN ET AL. *v.* NATIONAL CITY BANK. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Kenneth E. Walser* and *Ralph B. Evans* for petitioners. *Messrs. Carl A. Mead* and *Frank A. F. Severance* for respondent.

No. 770. WIMBERLY ET AL. *v.* COWAN INVESTMENT CORP. ET AL. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. L. Chenault* for petitioners. No appearance for respondents.

No. 773. J. T. KNIGHT & SON, INC. *v.* SUPERIOR FIRE INSURANCE Co. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Cir-

cuit denied. *Mr. Henry D. Gaggstatter* for petitioner.
*Mr. Alex. W. Smith, Jr.,* for respondent.

No. 776. HARTFORD ACCIDENT & INDEMNITY CO. *v.*
JONES. April 6, 1936. Petition for writ of certiorari to
the Circuit Court of Appeals for the Fifth Circuit denied.
*Mr. Paul McMahon* for petitioner. No appearance for
respondent.

No. 779. HENWOOD, TRUSTEE, *v.* ANGLO-CONTINEN-
TALE TREUHAND, A. G. April 6, 1936. Petition for writ
of certiorari to the Circuit Court of Appeals for the Sec-
ond Circuit denied. *Messrs. Frank C. Nicodemus, Jr.,
George L. Buland, Ben C. Dey,* and *H. Brua Campbell*
for petitioner. *Mr. Milton E. Mermelstein* for respond-
ent.

No. 780. McCARTHY COMPANY *v.* COMMISSIONER OF
INTERNAL REVENUE. April 6, 1936. Petition for writ
of certiorari to the Circuit Court of Appeals for the Ninth
Circuit denied. *Mr. John A. Jorgensen* for petitioner.
*Solicitor General Reed, Assistant Attorney General Jack-
son,* and *Messrs. Sewall Key* and *Ellis N. Slack* for
respondent.

No. 783. BEARD. ET AL. *v.* UNITED STATES. April 6,
1936. Petition for writ of certiorari to the United States
Court of Appeals for the District of Columbia denied.
*Messrs. John J. Sirica, Maurice McInerney,* and *Leo A.
Rover* for petitioners. *Solicitor General Reed, Assistant*